### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF

v.                         NO. 4:05CR00259-03 JLH

FELIX GREEN                                                         DEFENDANT

### ORDER

By Order dated September 25, 2006, the Court committed Felix Green to the custody of the Attorney General or his authorized representative for a period not to exceed forty-five (45) days for a psychiatric and complete physical examination pursuant to 18 U.S.C. § 4247(b) and (c).

The Court has received correspondence from Warden Stephen M. Dewalt of the Federal Medical Center in Lexington, Kentucky, in which he requests that the forty-five (45) day period begin from the date that defendant arrived at the designated Bureau of Prisons facility. Warden Dewalt further requests a thirty (30) day extension of which to complete the examinations. Counsel for the government and defendant have been contacted and have no objection to the requests.

IT IS THEREFORE ORDERED that the forty-five (45) day period in which to conduct the psychiatric and complete physical examinations is considered to have started upon defendant's arrival at the facility on November 2, 2006. The request for an additional thirty (30) days to complete the examinations is also granted.

IT IS FURTHER ORDERED that the additional delay occasioned by the examination ordered herein shall be excludable under the provisions of the Speedy Trial Act as provided by 18 U.S.C. § 3161(h)(1)(A) and (H).

IT IS SO ORDERED this 17th day of November, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE